63

United States District Court
Southern District of Texas
FILED

APR 06 2022

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | Criminal No. **M-22-567** |
| | § § | |
| DAVID OVALLE | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about January 14, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**DAVID OVALLE**

with the intent to cause death and serious bodily harm, did take and attempt to take a motor vehicle, that is, a Ford Expedition, that had been transported, shipped, and received in interstate commerce and foreign commerce from the person and presence of VICTOR HUGO DE LEON, by force, violence, and intimidation.

In violation of Title 18, United States Code, Section 2119.

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY