UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA

v.                                                   Criminal No. M-22-0567

DAVID OVALLE

## STIPULATION OF EVIDENCE

It is hereby stipulated and agreed by and between the United States of America and the Defendant, **David Ovalle**, through his attorney, **Brian Buehler**, and enter with the Court the following agreed stipulation:

The Government and the Defendant, through counsel, agree that the 2009 Ford Expedition bearing VIN: 1FMFK18539EA78357 was assembled at the Ford Motor Company automotive plant in Jefferson County, Kentucky.

Respectfully submitted,
**JENNIFER B. LOWERY**
**UNITED STATES ATTORNEY**

*/s/ Robert L. Guerra, Jr.*

Robert L. Guerra, Jr.
Assistant United States Attorney

*/s/ Brian Buehler*

Brian Buehler
Attorney for David Ovalle